UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MECCA<br><br>                    Plaintiff,<br><br>v.<br><br><br>EBONY MEDIA OPERATIONS, LLC<br><br>                    Defendant. | NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 1:18-cv-4800-DLC |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Robert Mecca hereby gives notice that the case should be voluntarily dismissed without prejudice.

*Richard Liebowitz*
_____
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: *August 9, 2018*

*Attorneys for Plaintiff Robert Mecca*